AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☑ INFORMATION  ☐ INDICTMENT
☐ SUPERSEDING

--- OFFENSE CHARGED ---

Title 8 U.S.C., Section 1326 - Illegal Reentry by
an Alien After Deportation (Class C Felony)

☐ Petty
☐ Minor
☐ Misde-
meanor
☑ Felony

PENALTY:

Maximum Prison Term of 20 Years;
Maximum Fine $250,000;
Maximum Term of Supervised Release of 3 Years;
Mandatory Special Assessment of $100.

CR 08

--- PROCEEDING ---

Name of Complaintant Agency, or Person (&Title, if any)

Department of Homeland Security/Immigration Customs Enforcement

☐ person is awaiting trial in another Federal or State
Court, give name of court

☐ this person/proceeding is transferred from another
district per (circle one) FRCrP 20, 21 or 40. Show
District

☐ this is a reprosecution of
charges previously dismissed
which were dismissed on
motion of:
☐ U.S. Att'y ☐ Defense

**SHOW
DOCKET NO.**

☐ this prosecution relates to a
pending case involving this same
defendant
☑ prior proceedings or appearance(s)
before U.S. Magistrate regarding
this defendant were recorded under

**MAGISTRATE
CASE NO.**

08-70026-EDL

Name and Office of Person
Furnishing Information on
THIS FORM

**JOSEPH P. RUSSONIELLO**

☑ U.S. Att'y ☐ Other U.S. Agency

Name of Asst. U.S. Att'y
(if assigned)    TAREK J. HELOU

---

Name of District Court, and/or Judge/Magistrate Location

NORTHERN DISTRICT OF CALIFORNIA

DEFENDANT - U.S.

ENRIQUE CABRERA-LUVIANO

DISTRICT COURT NUMBER

**MHP**

**0031**

--- DEFENDANT ---

**IS NOT IN CUSTODY**

Has not been arrested, pending outcome this proceeding.
1) ☐ If not detained give date any prior summons
was served on above charges

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**

4) ☑ On this charge

5) ☐ On another conviction

6) ☐ Awaiting trial on other
charges   } ☐ Fed'l ☐ State

If answer to (6) is "Yes", show name of institution

Has detainer    ☐ Yes } If "Yes"
been filed?     ☐ No    give date
filed

**DATE OF
ARREST**    Month/Day/Year
1/15/2008

Or... if Arresting Agency & Warrant were not

**DATE TRANSFERRED
TO U.S. CUSTODY**    Month/Day/Year

☐ This report amends AO 257 previously submitted

--- ADDITIONAL INFORMATION OR COMMENTS ---

PROCESS:
☐ SUMMONS ☑ NO PROCESS* ☐ WARRANT    Bail Amount:

If Summons, complete following:
☐ Arraignment ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons
or warrant needed, since Magistrate has scheduled arraignment

Date/Time:

Before Judge:

Comments:

1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10                    SAN FRANCISCO DIVISION

11

12  UNITED STATES OF AMERICA,        )   No.
                                     )
13        Plaintiff,                 )   VIOLATION: 8 U.S.C. § 1326 – Illegal
                                     )   Reentry Following Deportation
14        v.                         )
                                     )
15  ENRIQUE CABRERA-LUVIANO          )   SAN FRANCISCO VENUE
    a/k/a Enrique Cabrera,           )
16                                   )
          Defendant.                 )
17  _____ )

18                      I N F O R M A T I O N

19  The United States Attorney charges:

20        On or about November 27, 2002, and December 11, 2003, the defendant,

21                      ENRIQUE CABRERA-LUVIANO,
                          a/k/a Enrique Cabrera,
22

23  an alien, was excluded, deported and removed from the United States, and thereafter, on or about

24  January 15, 2008, was found in the Northern District of California, the Attorney General of the

25  United States and the Secretary for Homeland Security not having expressly consented to a re-

26  //

27  //

28  //

INFORMATION                          1

1  application by the defendant for admission into the United States, in violation of Title 8, United

2  States Code, Section 1326.

3

4  DATED: January 23, 2008            JOSEPH P. RUSSONIELLO

5                                     United States Attorney

6

7                                     Kyle F. Waldinger, Deputy Chief, for

8                                     GREGG W. LOWDER
                                       Chief, Major Crimes Section

9

10  (Approved as to form: _____
                             AUSA HELOU

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

INFORMATION                          2