**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**CRIMINAL PRETRIAL MINUTES**

Date: January 28, 2008

Case No.   CR 08-0031  MHP          Judge:   MARILYN H. PATEL

Title:   UNITED STATES -v- ENRIQUE CABRERA-LUVIANO (SP)(c):

Attorneys:   Plf: Tarek Helou
             Dft: Geoff Hansen

Deputy Clerk: Anthony Bowser   Court Reporter: Debra Pas   Int: Melinda Basker

**PROCEEDINGS**

1)   Trial Setting

2)

3)

**ORDERED AFTER HEARING:**

Defendant present in custody; Matter continued to 2/25/2008 at 10:00 am for Change of Plea/Sentencing;  Excludable time found re ongoing plea negotiations; Govt to submit order.