JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

TAREK J. HELOU (CABN 218225)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California  94102
    Telephone:     (415) 436-7071
    Facsimile:      (415) 436-7234
    Tarek.J.Helou@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR No. 08-031 MHP |
|     Plaintiff, ) | STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME UNDER 18 U.S.C. § 3161 |
|     v. ) | |
| ENRIQUE CABRERA-LUVIANO, ) a/k/a Enrique Cabrera, ) | |
|     Defendant. ) | |

On January 28, 2008, the parties in this case appeared before the Court and requested that time from January 28, 2008 through February 25, 2008 be excluded from Speedy Trial Act calculations because defense counsel and government counsel must work with the U.S. Probation Office to ensure that an accurate presentence report is prepared before the defendant pleads guilty. The parties represented to the Court that the length of the requested continuance was the reasonable amount of time necessary for effective preparation of counsel, taking into

Stipulation and [Proposed] Order Excluding Time
CR 08-031 MHP                    1

1  account the exercise of due diligence.  18 U.S.C. § 3161(h)(8)(B)(iv).  The parties also agreed
2  that the ends of justice served by this continuance outweighed the best interests of the public and
3  the defendant in a speedy trial.  18 U.S.C. § 3161(h)(8)(A).

5  SO STIPULATED:

6                                        JOSEPH P. RUSSONIELLO
                                         United States Attorney

8  DATED: January 31, 2008                       /s/
                                         TAREK J. HELOU
9                                        Assistant United States Attorney

11 DATED: January 31, 2008                       /s/
                                         GEOFFREY HANSEN
12                                       Attorney for Defendant Enrique Cabrera-Luviano

15    As the Court stated on January 28, 2008, and for the reasons identified above, the Court finds
16 that the ends of justice served by the requested continuance outweigh the best interests of the
17 public and the defendant in a speedy trial.  The Court also finds that time from January 28, 2008
18 through February 25, 2008 shall be excluded from Speedy Trial Act calculations for effective
19 preparation of counsel.  18 U.S.C. § 3161(h)(8)(A).  Failing to grant the requested continuance
20 would deny counsel reasonable time necessary for effective preparation, taking into account the
21 exercise of due diligence, and would result in a miscarriage of justice.  18 U.S.C. §
22 3161(h)(8)(B)(iv).

24 SO ORDERED.

26 DATED: 2/6/2008

                                         IT IS SO ORDERED
                                         THE HONORABLE MARILYN H. PATEL
27                                       United States District Judge
                                         Judge Marilyn H. Patel

Stipulation and [Proposed] Order Excluding Time
CR 08-031 MHP                                                                                    2