UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CRIMINAL PRETRIAL MINUTES

Date: January 28, 2008

Case No.   CR 08-0031 MHP           Judge:  MARILYN H. PATEL

Title:  UNITED STATES -v- ENRIQUE CABRERA-LUVIANO (SP)(c):

Attorneys:   Plf: Tarek Helou
             Dft: Geoff Hansen

Deputy Clerk: Anthony Bowser   Court Reporter: Katherine Powell
Int: Melinda Basker            USPO: Jacqueline Sharpe

PROCEEDINGS

1) Change of Plea hearing

2) Judgment & Sentencing

3) _____

ORDERED AFTER HEARING:

Defendant present in custody; Defendant advised of rights and charges and waives further hearing and/or trial; Defendant enters a guilty plea to count(s) 1 of the information;

Pre-plea report generated; Full Presentence Report waived; Defendant sentenced as follows:

   **Count One:** Custody of BOP for a period of 6 months; TSR of 3 years with standard and special conditions of release; Fine waived; S/A of $100, to be paid from the IFRF;

Any remaining counts dismissed;