UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

AMENDED CRIMINAL PRETRIAL MINUTES

Date: January 28, 2008

Case No.  CR 08-0031 MHP            Judge:  MARILYN H. PATEL

Title:  UNITED STATES -v- ENRIQUE CABRERA-LUVIANO (SP)(c):

Attorneys:   Plf: Tarek Helou
             Dft: Geoff Hansen

Deputy Clerk: Anthony Bowser   Court Reporter: Katherine Powell
Int: Melinda Basker            USPO: Jacqueline Sharpe

**PROCEEDINGS**

1) Change of Plea hearing

2) Judgment & Sentencing

3) _____

**ORDERED AFTER HEARING:**

Defendant present in custody; Defendant advised of rights and charges and waives further hearing and/or trial; Defendant enters a guilty plea to count(s) 1 of the information;

Pre-plea report generated; Full Presentence Report waived; Defendant sentenced as follows:

> **Count One:** Custody of BOP for a period of **30 months**; TSR of 3 years with standard and special conditions of release; Fine waived; S/A of $100, to be paid from the IFRF;

Any remaining counts dismissed;